

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2016

No. 04-15-00676-CV

Jose **GEORGE**, Matilde George, and Elaine George,
Appellants

v.

**COMPASS BANK**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-03773
Honorable Dick Alcala, Judge Presiding

## O R D E R

Appellants' motion for rehearing was originally due September 29, 2016. Appellants sought an extension of time in which to file the motion, asking for an additional fifteen days. We granted the motion and ordered appellants to file the motion for rehearing on or before October 14, 2016. Appellants have now filed a second motion to extend time, seeking to an additional thirty days in which to file their motion. After review, we **GRANT** appellants' motion and **ORDER** appellants to file their motion for rehearing on or before November 14, 2016. Appellants are advised that no further extensions of time to file the motion for rehearing will be granted absent written proof of extraordinary circumstances.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of October, 2016.

_____
Keith E. Hottle
Clerk of Court